IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELODY ZEATLOW,

        Plaintiff,

v.

        Case No. 18-cv-570-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, affirming the decision of the commissioner and dismissing this case.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

2/08/2019
Date